UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 25-4177 |
| | ) | |
| v. | ) | |
| | ) | |
| Corey Fredrick Kitt, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

MOTION FOR EXTENTION OF TIME

Counsel for Defendant Corey Kitt hereby respectfully moves this Court for a 15 day extension of time for filing the Opening Brief and Appendix.

The Opening Brief and Appendix are due July 14th, 2025, and the additional 15 days would make the opening Brief and Appendix due on July 29th, 2025. This request is not intended to delay the case proceedings but is due to the heavy workload of the undersigned attorney and due to the consolidation of the case multiple attorneys need to be consulted in preparing the brief.

Respectfully submitted,

s/Aimee J. Zmroczek, Esq.
Aimee J. Zmroczek, Attorney ID - 10767
A.J.Z. Law Firm, LLC
P.O. Box 11961
Columbia, South Carolina 29211
ajzlawfirm@gmail.com
(803) 400-1918 – Telephone
(803) 403-8005 - Fax

Attorney for Defendant

Columbia, South Carolina

July 14, 2025